SHERYL NEWTON *v.* DAVID BANKS
(8440)

O'CONNELL, CRETELLA and LANDAU, Js.

Argued May 2—decision released May 10, 1990

*James L. Radda,* for the appellant (plaintiff).
*David A. Banks,* pro se, the appellee (defendant).

PER CURIAM. There is no error.